Gary Leibowitz, Esq., SBN: 91670
Daniel Leibowitz, Esq., SBN: 258466
Leibowitz Law Group
4050 Katella Ave., Ste 201
Los Alamitos, CA 90720
TEL:(562) 430-6002
FAX: (562) 430-8187
EMAIL: Attorneygary@gmail.com

Attorney for Debtors,
Michael Clement and Otilia Elszy

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ORANGE COUNTY

| | |
|---|---|
| In Re:<br><br>MICHAEL THOMAS CLEMENT<br><br>AND<br><br>OTILIA MARIE ELSZY,<br><br><br>Debtors. | ) CASE NO. 8:10-bk-12040-TA<br>)<br>) CHAPTER 13<br>)<br>) AMENDED NOTICE OF HEARING DATE<br>) FOR DEBTORS' BRIEF IN SUPPORT OF<br>) CONFIRMATION AND REAL PROPERTY<br>) TAX EXPENSE ON FORM B22C<br>)<br>)<br>) DATE: June 22, 2010<br>) TIME: 1:30 PM<br>) CTRM: 5B – 5th Floor<br>)      411 West Fourth Street<br>)      Santa Ana, CA 92701-4593<br>)<br>)<br>)<br>) |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY

JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED

STATES TRUSTEE AND RESPONDENT:

Please take notice that the Debtors' Confirmation Hearing will be held on June 22, 2010

at 1:30 PM at Courtroom 5B at the above-stated location.

1

NOTICE OF AMENDED HEARING DATE

1    Debtors' Brief In Support of Confirmation and Real Property Tax Expense on Form

2   B22C, Docket Number 31, originally contained the following incorrect Confirmation Hearing

3   Date: June 27, 2010 at 1:30 PM.

4

5

6   Dated: June 10, 2010                              Leibowitz Law Group

7

8

9                                               By: _____
                                                     Daniel J. Leibowitz
10                                                   Gary Leibowitz
                                                     LEIBOWITZ LAW GROUP
11                                                   Attorneys for Debtors
                                                     Michael Thomas Clement &
12                                                   Otilia Marie Elszy

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF AMENDED HEARING DATE

| In re:<br>Clement, Michael Thomas<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-12040-TA |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4050 Katella Ave., Ste. 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described AMENDED NOTICE OF HEARING DATE FOR DEBTORS' BRIEF IN SUPPORT OF CONFIRMATION AND REAL PROPERTY TAX EXPENSE ON FORM B22C
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>06/04/10</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee, ustpregion16.sa.ecf@usdoj.gov
Chapter 13 Trustee, Amrane Cohen, effile@ch13ac.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, o I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/10/10 | Daniel Leibowitz | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**